UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

Joel J. Pedersen
aka Joel Jon Pedersen

Debtors.

Case No.: 20-10241

Chapter: 13

**ORDER**

Upon the application of Quicken Loans, LLC FKA Quicken Loans Inc. for an Order pursuant to Section 362(d) of the Bankruptcy Code, lifting and vacating the stay of mortgage foreclosure as it pertains to the debtor's real property located at 3251 Proctor Road, Wellsville, New York 14895, and the motion having been heard before the Court, the affidavit of service duly filed, and no one having submitted papers or appeared in opposition thereto, and sufficient cause appearing therefore, it is

ORDERED, that the stay of mortgage foreclosure is hereby lifted and vacated permitting Quicken Loans, LLC FKA Quicken Loans Inc. to proceed with foreclosure with respect to the debtor's property located at 3251 Proctor Road, Wellsville, New York 14895; and it is further

ORDERED, that the Debtor shall pay attorney's fees and costs in the amount of $350.00 in fees, $188.00 in costs, for a total of $538.00, incurred with the filing of the motion for relief from the automatic stay; and it is further

ORDERED, that the provisions of this Order shall not affect the rights of the Trustee in Bankruptcy to any surplus monies which may arise as a result of a foreclosure sale of the subject property; and it is further

ORDERED, Movant may resume normal servicing of the loan, which may include collections, loss mitigation and foreclosure activities; and it is further

ORDERED, that the Chapter 13 Trustee shall be informed as to any surplus monies resulting from the sale of the aforementioned property.

Dated: _____
       Olean, New York

                                               _____
                                               Hon. Carl L. Bucki