UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

Joel J. Pedersen
aka Joel Jon Pedersen

Debtors.

Chapter: 13
Case No.: 20-10241

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK)
COUNTY OF MONROE)  ss:

_Rebecca McGuire_, being duly sworn, deposes and says:

1.  I am over 18 years of age, reside in Rochester, New York, and I am employed by Davidson Fink LLP, the attorneys for Quicken Loans, LLC FKA Quicken Loans Inc., secured creditor in this action.

2.  On _June 14, 2021_, deponent served a copy of Notice of Motion, Motion, Proposed Order and supporting exhibits by first-class mail, upon:

>   Joel J. Pedersen
>   3251 Proctor Road
>   Wellsville, NY 14895
>
>   Ronald S. Goldman, Esq.
>   532 Times Square Building
>   45 Exchange Street
>   Rochester, NY 14614
>
>   Julie Philippi, Esq.
>   Chapter 13 Trustee
>   170 Franklin St.
>   Suite 600
>   Buffalo, NY 14202
>
>   U.S. Trustee
>   United States Trustee's Office
>   300 Pearl Street, Suite 401
>   Buffalo, New York 14202

by depositing a true copy of said document securely enclosed in postpaid wrappers in the Post Office Box regularly maintained by the United States Postal Service at 28 East Main Street, Suite 1700, Rochester, New York.

*Rebecca McGuire*

Sworn to before me this
14th day of June, 2021

Notary Public

JOHN BURNO
NOTARY PUBLIC, State of New York
Qualified in Monroe County
No. 01BU6372113
Commission Expires March 12, 20 22