# EXHIBIT C

Recording Requested By/Return To:

Final Docs Team
1050 Woodward Ave.
Detroit, MI 48226

This Instrument Prepared By:
Akshdeep Dhaliwal
Quicken Loans Inc.
1050 Woodward Ave.
Detroit, MI 48226
Tel. No.: (800) 226-6308 ext. 34780

# Assignment of Mortgage

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for QUICKEN LOANS INC. whose address is 1901 E. Voorhees Street, Suite C, Danville, IL 61834; P.O. Box 2026, Flint, MI 48501-2026 its successors and assigns, does hereby grant, assign, transfer and convey, unto Quicken Loans Inc.

, a corporation organized and existing under the laws of the state of Michigan (herein "Assignee"), whose address is 1050 Woodward Ave. Detroit, MI 48226

, its successors and assigns, all its right, title and interest in and to a certain Mortgage dated August 24, 2017, made and executed by
JOEL JON PEDERSEN AND AMBER M. GOODNOW, JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP,

whose address is 3251 Proctor Rd Wellsville NY, 14895

to and in favor of Mortgage Electronic Registration Systems, Inc ("MERS") as a nominee for QUICKEN LOANS INC. its successors and assigns upon the following described property situated in ALLEGANY County, State of New York

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF SUBJECT TO COVENANTS OF RECORD.

Section: 239.   Block: 2   Lot: 3.12

Mortgage Recorded On: 10/04/2017   Book/Liber#:
Document Number: 2017-92852   Page#:

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

MERS Assignment of Mortgage
VMP ®
Wolters Kluwer Financial Services © 2000, 2011

VMP98M (1104).00
Page 1 of 3

Case 1-20-10241-CLB,   Doc 39-5,   Filed 06/14/21,   Entered 06/14/21 15:40:06,
Description:   Exhibit C - Assignments,   Page 2 of 7

such Mortgage having been given to secure payment of
One Hundred Thousand Nine Hundred Fifty Seven Dollars and 00/100

($ 100,957.00       ) (Include the Original Principal Amount) which Mortgage is of record
in Book, Volume, or Liber No.          , at page            (or as No.
2017-92852          ) of the                 Records of
                                    ALLEGANY   County, State of
New York                 and all rights accrued or to accrue under such Mortgage.
   TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to
the terms and conditions of the above-described Mortgage.
   IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on
February 13, 2019

_____         Mortgage Electronic Registration Systems, Inc.
Witness Kaela Green                      ("MERS") as nominee for
                                         QUICKEN LOANS INC., its successors and assigns

_____     By: _____
Witness Mia Thomas                          (Signature)

                                         Name: Akshdeep Dhaliwal
_____          Title: Assistant Secretary of MERS
Attest

State of Michigan
County of Wayne

On 02/13/2019   , before me Joanna Emler    , a Notary Public of Michigan , personally appeared
Akshdeep Dhaliwal   , Assistant Secretary of Mortgage Electronic Registration Systems, Inc.
personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.
WITNESS my hand and official seal.

                                         _____
                                         Name: Joanna Emler
                                         Title: Notary Public

                               Joanna Emler
                            Notary Public, State of MI
                               County of Wayne
                       My Commission Expires Apr 28, 2021
                          Acting in the County of Wayne

MERS Assignment of Mortgage
VMP ®
Wolters Kluwer Financial Services   © 2000, 2011

VMP95M (1104).00
Page 2 of 3

Case 1-20-10241-CLB,   Doc 39-5,   Filed 06/14/21,   Entered 06/14/21 15:40:06,
Description:  Exhibit C - Assignments,   Page 3 of 7

## SCHEDULE A

ALL THAT TRACT OR PARCEL OF LAND situate in the Town of Wellsville, County of Allegany and State of New York, being a portion of Great Lot No. 49, Township No. 2, Range No. 1 of the Morris Reserve, and more particularly described as follows:

BEGIN at a point in the centerline of Proctor Road, said point being the most northwesterly corner of premises conveyed by Donald H. Gee and Betty A. Gee, his wife, to Irvin G. Hall, by Warranty Deed dated the 30th day of June 1976, in Liber 693 of Deeds at Page 260, said point also being located in the north bounds of Great Lot No. 49;

THENCE South 82 Degrees 00' 00" East, along the north bounds of Great Lot No. 49, 401.34 feet to a point and corner said point being the most northeasterly corner of Great Lot No. 49;

THENCE South 07 Degrees 03' 42" West, through a ½ inch O.D. iron rod set and continuing in the same direction along the east bounds of Great Lot No. 49, a total distance of 356.60 feet to a point and corner marked by a ½ inch O.D. iron rod set;

THENCE North 82 Degrees 44' 13" West, 407.21 feet to a point and corner said point being marked by a ½ inch O.D. iron rod;

THENCE North 08 Degrees 00' 00" East, 361.79 feet through a ½ inch O.D. iron rod set in the southerly bounds of Proctor Road and continuing on to a point in the centerline of Proctor Road said point being the POINT OF BEGINNING.

# ALLEGANY COUNTY – STATE OF NEW YORK
## ROBERT L. CHRISTMAN COUNTY CLERK
### 7 COURT STREET, BELMONT, NEW YORK 14813

---

**COUNTY CLERK'S RECORDING PAGE**
***THIS PAGE IS PART OF THE DOCUMENT – DO NOT DETACH***

---



INSTRUMENT #: 2019-872

Receipt#: 2019181456
Clerk:    RK
Rec Date: 03/06/2019 03:44:43 PM
Doc Grp:  RP
Descrip:  ASSIGNMENT OF MORTGAGE
Num Pgs:  3
Rec'd Frm: QUICKEN LOANS

Party1:   QUICKEN LOANS INC
Party2:   QUICKEN LOANS INC

Recording:

| | |
|---|---|
| Cover Page | 20.00 |
| Recording Fee | 11.00 |
| Notations | 0.50 |
| Cultural Ed | 14.25 |
| Records Management – Coun | 1.00 |
| Records Management – Stat | 4.75 |
| Additional Mtg Assignment | 3.50 |

Total:                                    55.00
**** NOTICE: THIS IS NOT A BILL ****

Record and Return To:

QUICKEN LOANS
JADA NELSON
1050 WOODWARD AVE
DETROIT MI 48226

I hereby certify that the within and foregoing was recorded in the Allegany County Clerk's Office, State of New York. This sheet constitutes the Clerks endorsement required by Section 316 of the Real Property Law of the State of New York.

Robert L. Christman
Allegany County Clerk

Recording Requested By/Return To:

Final Docs Team
1050 Woodward Ave.
Detroit, MI 48226

This Instrument Prepared By:
Christina Altman
Quicken Loans Inc.
1050 Woodward Ave.
Detroit, MI 48226
Tel. No.: (313) 373-0015

# Assignment of Mortgage

*This is a ~~corrective~~ assignment adding recording information from original recorded mortgage.

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for Quicken Loans Inc., whose address is 1901 E. Voorhees Street, Suite C, Danville, IL 61834; P.O. Box 2026, Flint, MI 48501-2026 its successors and assigns, does hereby grant, assign, transfer and convey, unto Quicken Loans Inc.

, a corporation organized and existing under the laws of the state of Michigan (herein "Assignee"), whose address is 1050 Woodward Ave. Detroit, MI 48226

, its successors and assigns, all its right, title and interest in and to a certain Mortgage dated August 24, 2017, made and executed by
JOEL JON PEDERSEN AND AMBER M. GOODENOW, JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP

whose address is 3251 Proctor Rd Wellsville, NY 14895

to and in favor of Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for Quicken Loans Inc. its successors and assigns upon the following described property situated in ALLEGANY County, State of New York :

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A
PART HEREOF SUBJECT TO COVENANTS OF RECORD.

Section: 239. Block: 2 Lot: 3.12
Tax Parcel #:

Mortgage Recorded On: 8/24/2017 re-recorded 10/4/2017 Book/Liber#:
Document Number: 2017-92035 re-recorded 2017-92852 Page#:
MIN: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

MERS Assignment of Mortgage
VMP ®
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 1 of 3

such Mortgage having been given to secure payment of
One Hundred Thousand Nine Hundred Fifty Seven Dollars and 00/100

($ 100,957.00    ) (Include the Original Principal Amount) which Mortgage is of record
in Book, Volume, or Liber No.          , at page              (or as No. 2017-92035
re-recorded 2017-92852    ) of the                    Records of
                                                              ALLEGANY County, State of
New York                    and all rights accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on March 4, 2019

_____
Witness  Christina Altman

_____
Witness  Jada Nelson

_____
Attest

Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for Quicken Loans Inc.

By: _____
                    (Signature)
Name: Joanna Emler
Title: Assistant Secretary of MERS

State of Michigan
County of Wayne

On 03/04/2019, before me  Tabatha Bronner, a Notary Public of Michigan, personally appeared  Joanna Emler    , Assistant Secretary of Mortgage Electronic Registration Systems, Inc. personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Name: Tabatha Bronner
Title: Notary Public

Tabatha Bronner
Notary Public of Michigan
Macomb County
Expires 3/26/2019
Acting in the County of Wayne

MERS Assignment of Mortgage
VMP ®
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 2 of 3

2017-92035
2017-92852
Case 1-20-10241-CLB, Doc 39-5, Filed 06/14/21, Entered 06/14/21 15:40:06, Description: Exhibit C - Assignments, Page 7 of 7