# EXHIBIT D

# BANKRUPTCY POST PETITION PAYMENT HISTORY

| Name: | Pedersen | | |
|---|---|---|---|
| Date: | 6/7/2021 | 20-Mar | $926.77 |
| | | 21-Jan | $933.55 |
| Loan Number: | | | |
| BK Case number: | 20-10241 | | |
| BK File Date: | 2/12/2020 | | |

| Date | Transaction Type | Check No: | Amount Received | Monthly Payment Amount | Amount Applied | Applied to Date | Post Due Date | Paid to Date | Debtor Suspense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 3/1/20 | | |
| 3/5/20 | Post Pet Pmt Rcvd | | $ 921.77 | $926.77 | | | | 3/1/20 | $ 921.77 |
| 4/9/20 | Post Pet Pmt Rcvd | | $ 921.77 | $926.77 | $ 926.77 | 3/1/2020 | | 4/1/20 | $ (5.00) |
| 5/15/20 | Post Pet Pmt Rcvd | | $ 921.77 | $926.77 | $ 926.77 | 4/1/2020 | | 5/1/20 | $ (5.00) |
| 6/18/20 | Post Pet Pmt Rcvd | | $ 921.77 | $926.77 | $ 926.77 | 5/1/2020 | | 6/1/20 | $ (5.00) |
| 7/20/20 | Post Pet Pmt Rcvd | | $ 921.77 | $926.77 | $ 926.77 | 6/1/2020 | | 7/1/20 | $ (5.00) |
| 8/1/20 | No Pmt Rcvd | | $ - | $926.77 | $ - | | | 7/1/20 | |
| 9/3/20 | Post Pet Pmt Rcvd | | $ 921.77 | $926.77 | $ 926.77 | 7/1/2020 | | 8/1/20 | $ (5.00) |
| 10/17/20 | Post Pet Pmt Rcvd | | $ 921.77 | $926.77 | $ 926.77 | 8/1/2020 | | 9/1/20 | $ (5.00) |
| 11/17/20 | Post Pet Pmt Rcvd | | $ 921.77 | $926.77 | $ 926.77 | 9/1/2020 | | 10/1/20 | $ (5.00) |
| 1/15/21 | Post Pet Pmt Rcvd | | $ 933.55 | $933.55 | $ 926.77 | 10/1/2020 | | 11/1/20 | $ 6.78 |
| 2/5/21 | Post Pet Pmt Rcvd | | $ 933.55 | $933.55 | $ 926.77 | 11/1/2020 | | 12/1/20 | $ 6.78 |
| 3/1/21 | No Pmt Rcvd | | $ - | $933.55 | $ - | | | 12/1/20 | |
| 4/6/21 | Post Pet Pmt Rcvd | | $ 933.55 | $933.55 | $ 926.77 | 12/1/2020 | | 1/1/21 | $ 6.78 |
| 4/6/21 | Post Pet Pmt Rcvd | | $ 933.55 | $933.55 | $ 933.55 | 1/1/2021 | | 2/1/21 | |
| 4/8/21 | Post Pet Pmt Rcvd | | $ 933.55 | $933.55 | $ 933.55 | 2/1/2021 | | 3/1/21 | |
| 5/1/21 | No Pmt Rcvd | | $ - | $933.55 | $ - | | | 3/1/21 | |
| 6/1/21 | No Pmt Rcvd | | $ - | $933.55 | $ - | | | 3/1/21 | |

Debtor Suspense Balance = $ 907.11