# EXHIBIT E


# SingleSource

**Exterior BPO**

1000 Noble Energy Drive
Suite 300
Canonsburg, Pa 15317

| Property Address: | 3251 Proctor Rd, WELLSVILLE, NY 14895 | | | | |
|---|---|---|---|---|---|
| Borrower | Joel Pedersen | Inspection Date | 5/20/2021 | Effective Date | 5/24/2021 |

| Company | Bounty Realty LLC dba Is Levy Realtors and Associates | Name | | Cheryl LaTray | |
|---|---|---|---|---|---|
| Phone | 585-424-1300 | Fax | 585-424-1315 | Email | cherylsbpos@gmail.com |
| Address | 21 Long Meadow Circle PITTSFORD NY 14534 | Distance from the Subject | | | 69.93 Miles |

## I. General Conditions

| Property Type | SFR |
|---|---|
| Occupancy | Owner |
| Type of Ownership | Fee Simple |
| # Of Units | 1 |
| Data Source | Tax Records |
| Property Condition | Average |
| HOA | No |
| HOA Fees | $ |
| HOA Assoc. Name | |
| Land Value | $11,000 |
| Assessed Value | $78,000 |
| Annual Property Tax | $1 |
| Annual Appreciation | $2 |
| Phone | |
| Fees Include | |
| Monthly Rental Value | $2,000 |



### Subject Description

The Subject is in average condition, conforming to the neighborhood Located close to schools and major roadways.

### Repairs

| Category | Cost | | Category | Cost |
|---|---|---|---|---|
| Exterior Paint | $0 | | Foundation | $0 |
| Siding / Trim Repair | $0 | | Fencing | $0 |
| Exterior Doors | $0 | | Landscaping | $0 |
| Windows | $0 | | Pool | $0 |
| Garage | $0 | | Other | $0 |
| Roof / Gutters | $0 | | Other | $0 |
| Fire Damage | $0 | | Other | $0 |
| Total Estimated Exterior Repairs | | $0 | | |

### Subject Condition and Repair Comments

No repairs noted.

## II. Subject Sales and Listing History

| Currently Listed? | | No | By: | | | // | | |
|---|---|---|---|---|---|---|---|---|
| List Date | | Orig List Price | | Current List Price | | MLS# | | |
| | | $0 | | $0 | | | | |

### Prior History (36 Month)

| Original List Price | Original List Date | DOM | Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|---|---|---|
| 0 | | NaN | | | $0 | $0 | |
| 0 | | NaN | | | $0 | $0 | |
| 0 | | NaN | | | $0 | $0 | |

**Analysis of Current and Prior Listing History:**
Property is neither listed nor sold in last 12 months.

## III. Neighborhood Market Data

| Location | Rural | Local Economy is | Stable | Housing Supply is | In Balance |
|---|---|---|---|---|---|
| Number of Lisiting is | | Stable | Normal Marketing Time | | Under 3 Months |

| | |
|---|---|
| Total # of Active Listings in the subject's specific MLS district | 3 |
| Total # of Sales in the subject's specific MLS district in the past 12 months | 12 |
| # of REO Sales in the subject's specific MLS district in the past 12 months | 1 |
| # of Boarded Properties on Subject Street | 0 |
| # of Rentals on the market in the subject's specific MLS district | 1 |
| Predominant Occupancy | Owner |

| | | |
|---|---|---|
| Market for this type of property | Remained Stable | |
| Market for this type of property REO% | 2 | |
| Market for this type of property Short Sale % | 2 | |
| Range of Value is this area: | Low: $50,000 | High: $202,000 |
| Pride of Ownership | Average | |
| Does agent feel there will be a Resale Problem? | No | |
| Reason there will be a Resale Problem: | There is no known issue with resale. | |
| Do any environmental issues affect the value of the property? | | |

**Neighborhood Comments**
Subject property is located in a rural area with a mixture of residential and agriculturally zoned lots. Homes in the area have a wide variety of ages, lot sizes and living space as they are typically build independent of one another.

## IV. Marketing Strategy

| Value | | 90-120 Day Value | Repaired Value | 30 Day Value |
|---|---|---|---|---|
| | Suggested List Price | $110,000 | $110,000 | $103,000 |
| | Probable Sales Price | $103,000 | $103,000 | $96,000 |

**Comments Regarding Pricing Strategy**
distance was extended to obtain the best available comps that are similar in GLA, lot size, design etc. Price opinions were derived from an average of comparable property prices in the direct market, with similar attributes to the subject including above ground square feet, units, age, style of residence total number of rooms bedrooms, bathrooms and other amenities. Best available comparable?s used.

**Unique Property Conditions**

The attached Broker Price Opinion (BPO) has been completed outside of The Uniform Standards of Professional Appraisal Practice (USPAP). The BPO is ar evaluation tool and is not considered an appraisal of the market value of the property - it is an opinion of the probable sales price. SingleSource complete BPO requests for property listing, REO analysis, loan due diligence, modifications, etc to aid our servicing customers. SingleSource BPO reports are not elic or appropriate for loan origination purposes.

## V. Current Listings

| | | Subject | Listing #1 | Listing #2 | Listing #3 |
|---|---|---|---|---|---|
| | Street Address | 3251 Proctor Rd | 3694 Elm Valley | 1758 Keenan Rd | 5808 E Valley Rd |
| | City | WELLSVILLE | Wellsville | Rexville | Alfred Sta |
| | State | NY | NY | NY | NY |
| | Zip Code | 14895 | 14895 | 14877 | 14803 |
| | Miles to Subject | | 3.47 | 11.55 | 11.72 |
| | Community Name | Morris Reserve | Unknown | Unknown | Unknown |
| | Data Source | Tax Records | MLS | MLS | MLS |
| | MLS Number | | R1325017 | R1329434 | S1337788 |
| | Original List Date | | 3/21/2021 | 4/13/2021 | 5/18/2021 |
| Listing Comparables | Original List Price | 0 | 114,900 | 115,000 | 129,900 |
| | Current List Price | 0 | 114,900 | 115,000 | 129,900 |
| | Listing Type | Arms Length | Arms Length | Arms Length | Arms Length |
| | Days On Market | | 61 | 38 | 3 |
| | Year Built | 1983 | 1978 | 2002 | 1994 |
| | Condition | Average | Average | Average | Average |
| | View | City | City | City | City |
| | Style/Design | Contemporary | Ranch | Cabin | Cape Cod |
| | # of Units | 1 | 1 | 1 | 1 |
| | Gross Living Area | 1,056 | 1,248 | 1,080 | 1,024 |
| | Bedrooms | 3 | 3 | 2 | 3 |
| | Baths/Half Baths | 2 \| 0 | 2 \| 0 | 1 \| 0 | 2 \| 0 |
| | Basement | Yes | Yes | No | Yes |
| | Basement Finished | Full/Unfinished | Full/Finished | Slab | Full/Unfinished |
| | Total Room # | 7 | 8 | 4 | 8 |
| | Garage/Carport | 1 Attached | 2 Attached | 0 On Street | 0 On Street |
| | Lot Size | 3.20 Acres | 1.08 Acres | 5.02 Acres | 3.70 Acres |
| | Other | Porch | FP | Deck | FP |

**Comments on Listing Comparables**

| | |
|---|---|
| Listing # 1 | Comparable property is equal in Location, Condition, year built, Bedroom, Bathroom, but it is superior in GLA, Garage, inferior in lot size. Adjustments: $ -1000 due to Garage, $ 2000 due to lot size, $ -1000 due to GLA. |
| Listing # 2 | Comparable property is equal in Location, Condition, GLA, but it is superior in lot size, year built, inferior in Bedroom, Bathroom, Garage. Adjustments: $ -500 due to age, $ 1000 due to bedroom, $ 1000 due to bathroom, $ 1000 due to garage, $ -1000 due to lot size. |
| Listing # 3 | Comparable property is equal in Location, Condition, lot size, GLA, Bedroom, Bathroom, but it is superior in year built, inferior in Garage. Adjustments: $ -500 due to age, $ 1000 due to garage. |

## VI. Recent Sales

| | | Subject | Sale #1 | Sale #2 | Sale #3 |
|---|---|---|---|---|---|
| | Street Address | 3251 Proctor Rd | 5749 Comfort Hollow Rd | 321 Farnum St | 5120 Amity Lake Rd |
| | City | WELLSVILLE | Scio | Wellsville | Belmont |
| | State | NY | NY | NY | NY |
| | Zip Code | 14895 | 14880 | 14895 | 14813 |
| | Miles to Subject | | 7.58 | 2.06 | 7.57 |
| | Community Name | Morris Reserve | Unknown | Morris Reserve | Unknown |
| | Data Source | Tax Records | MLS | MLS | MLS |
| | MLS Number | | R1260343 | R1291505 | B1306982 |
| | Original List Price | $0 | $87,000 | $110,000 | $119,000 |
| | Original List Date | | 4/14/2020 | 9/3/2020 | 11/9/2020 |
| | List Price at Sale | $ | $87,000 | $105,000 | $119,000 |
| | Sale Price | $ | $84,500 | $94,000 | $125,000 |
| Sale Comparables | Closing Date | | 6/22/2020 | 4/20/2021 | 2/8/2021 |
| | Type of Financing | CASH | CASH | Conv | CASH |
| | Type of Sale | Arms Length | Arms Length | Arms Length | Arms Length |
| | Days On Market | | 69 | 229 | 91 |
| | Year Built | 1983 | 1985 | 1988 | 1983 |
| | Condition | Average | Average | Average | Average |
| | View | City | City | City | City |
| | Style/Design | Contemporary | Ranch | A-Frame | Cottage |
| | # of Units | 1 | 1 | 1 | 1 |
| | Gross Living Area | 1,056 | 864 | 1,250 | 984 |
| | Bedrooms | 3 | 2 | 3 | 3 |
| | Baths/Half Baths | 2 \| 0 | 1 \| 0 | 2 \| 1 | 1 \| 0 |
| | Basement | Yes | Yes | Yes | No |
| | Basement Finished | Full/Unfinished | Full/Unfinished | Full/Finished | Crawl |
| | Total Room # | 7 | 5 | 6 | 5 |
| | Garage/Carport | 1 Attached | 0 On Street | 0 On Street | 0 On Street |
| | Lot Size | 3.20 Acres | 3.14 Acres | 0.55 Acres | 0.50 Acres |
| | Other | Porch | FP,Deck,Shed | Porch,Deck | Deck,Shed |
| | Overall Adjustment | | $4,000 | $2,000 | $4,000 |
| | Adjusted Value | | $88,500 | $96,000 | $129,000 |

### Comments on Sale Comparables

| | |
|---|---|
| Sale # 1 | Comparable property is equal in Location, Condition, lot size, year built, but it is inferior in GLA, Bedroom, Bathroom, Garage. Adjustments: $ 1000 due to GLA, $ 1000 due to bedroom, $ 1000 due to bathroom, $ 1000 due to garage. |
| Sale # 2 | Comparable property is equal in Location, Condition, year built, Bedroom, Bathroom, but it is superior in GLA, inferior in lot size, Garage. Adjustments: $ -1000 due to GLA, $ 1000 due to Garage, $ 2000 due to lot size. |
| Sale # 3 | Comparable property is equal in Location, Condition, year built, GLA, Bedroom, but it is inferior in lot size, Bathroom, Garage. Adjustments: $ 1000 due to bathroom, $ 1000 due to garage, $ 2000 due to lot size. |

## VII. Subject Photograph Addendum

| | | | |
|---|---|---|---|
| | Subject Front | | Subject Front |
| | Subject Street | | Subject Street |
| | Subject Address | | Subject Address |

## VIII. Current Listings Photograph Addendum

| | |
|---|---|
| *[photo]* | **Current Listing 1**<br>3694 Elm Valley<br>Wellsville, NY 14895<br>Orig List Date: 3/21/2021<br>List Price: $114,900<br>Sq. Ft.: 1,248<br>Miles to Subject 3.47 |
| *[photo]* | **Current Listing 2**<br>1758 Keenan Rd<br>Rexville, NY 14877<br>Orig List Date: 4/13/2021<br>List Price: $115,000<br>Sq. Ft.: 1,080<br>Miles to Subject 11.55 |
| *[photo]* | **Current Listing 3**<br>5808 E Valley Rd<br>Alfred Sta, NY 14803<br>Orig List Date: 5/18/2021<br>List Price: $129,900<br>Sq. Ft.: 1,024<br>Miles to Subject 11.72 |

## IX. Recent Sales Photograph Addendum



**Recent Sale 1**
5749 Comfort Hollow Rd
Scio,   NY  14880
Closing Date: 6/22/2020
Sale Price: $84,500
Sq. Ft.: 864
Miles to Subject 7.58



**Recent Sale 2**
321 Farnum St
Wellsville,   NY 14895
Closing Date: 4/20/2021
Sale Price: $94,000
Sq. Ft.: 1,250
Miles to Subject 2.06



**Recent Sale 3**
5120 Amity Lake Rd
Belmont,   NY 14813
Closing Date: 2/8/2021
Sale Price: $125,000
Sq. Ft.: 984
Miles to Subject 7.57

## X. Additional Photograph Addendum




Subject Address

## XI. Map



| Comparable Listings | Distance | Subject Property: 3251 Proctor Rd Recent Sales | Distance |
|---|---|---|---|
| 3694 Elm Valley | 3.47mi. | ① 6749 Comfort Hollow Rd | 7.58mi. |
| 1768 Keenan Rd | 11.55mi. | ② 321 Farnum St | 2.08mi. |
| 5808 E Valley Rd | 11.72mi. | ③ 5120 Amity Lake Rd | 7.57mi. |