**Exhibit "B"**

**Department of Motor Vehicles**  English 

**Check Title or Lien Status**

Your search returned 1 result of 1 found.

Confirm that the VIN, model year and make listed below are for your vehicle and match your vehicle's registration document.

> **Please Note:**
> - If this is NOT the correct vehicle, return to the previous screen and verify your entries. If you entered all information correctly and still see the wrong vehicle, contact the Title Services Bureau.
> - If you recently ordered a duplicate title, allow one to two weeks from the Title Issue Date to receive your title in the mail.
> - If your lien is not listed, read information about how to record a lien.

## Your Title or Lien Status Information is Below:

**VIN Number:** 1GCEK14C48Z267692
**Model Year:** 2008
**Vehicle Make:** CHEVR

**Title Issuance Date:** 1/13/2020
**Number of Liens:** 01

**Lienholder:**

Credit Acceptance Corp
25505 W 12 Mile Rd
Southfield MI 48034

**Lien Status:** Open
This lien is on the current title.

DMV Home

Quick Links:
- Receive Email / Text Reminders
- Military Veteran Resources
- Register to Vote
- Register as an Organ Donor
- E-ZPass®
- Privacy & Security
- Translation Disclaimer