**Exhibit "C"**

Case 1-20-10241-CLB, Doc 43-4, Filed 06/28/21, Entered 06/28/21 09:40:51, Description: Exhibit C, Page 1 of 2



**Credit Acceptance Corporation**

25505 West Twelve Mile Road
Southfield, MI 48034
248-353-2700 ext: 6409
ppindera@creditacceptance.com

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2008 Chevrolet Silverado 1500 Regular Cab LT 4WD 4.8L V8 |
| Region: | Eastern |
| Period: | June 18, 2021 |
| VIN: | 1GCEK14C48Z267692 |
| Mileage: | 157,500 |
| Base MSRP: | $26,955 |
| Typically Equipped MSRP: | N/A |
| Weight: | 4,687 |



## NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly** | | | | |
| **Trade-In** | | | | |
| Rough | $4,875 | N/A | N/A | **$4,875** |
| Average | $6,050 | N/A | N/A | **$6,050** |
| Clean | $7,025 | N/A | N/A | **$7,025** |
| | | | | |
| Clean Loan | $6,300 | N/A | N/A | **$6,300** |
| Clean Retail | $9,700 | N/A | N/A | **$9,700** |
| **Weekly** | | | | |
| **Auction** | | | | |
| Low | $3,450 | $392 | N/A | **$3,842** |
| Average | $5,825 | $392 | N/A | **$6,217** |
| High | $8,225 | $392 | N/A | **$8,617** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| 4.8L V8 Engine | w/body | w/body |

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions, and no revisions to additions made by anyone on this report. NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power.
©2021 J.D.Power