UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    JOEL J. PEDERSEN AKA JOEL JON PEDERSEN,

            Debtor.

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

Case No. 20-10241-CLB
Chapter 13

    Creditor, Credit Acceptance Corp., having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, or the granting of adequate protection herein,

    UPON reading and filing the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated June 24, 2021, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

    NOW, ON MOTION of Credit Acceptance Corp., by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby

    ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, Credit Acceptance Corp., to obtain possession and dispose of its collateral; namely, one (1) 2008 Chevrolet Silverado 1500 (V.I.N. 1GCEK14C48Z267692); and it is further

ORDERED, that Credit Acceptance Corp shall provide notice of any surplus to the Trustee promptly after the collateral is disposed of.

_____
Hon. Carl L. Bucki
United States Bankruptcy Judge
Western District of New York