UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

**CERTIFICATE OF SERVICE**

In Re:

    JOEL J. PEDERSEN AKA JOEL JON PEDERSEN,

        Debtor.

Case No. 20-10241-CLB
Chapter 13

    I, Brittany N. Tate, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) (with attached proposed Order) on June 28, 2021 and served same as indicated below.

**Mail Service: Caused to be served by** regular, first-class United States mail, postage full pre-paid, addressed to:

Joel J. Pedersen
3251 Proctor Road
Wellsville, NY 14895

Megan J Lyle
Davidson Fink, LLP
28 East Main St., Ste. 1700
Rochester, NY 14614

Synchrony Bank c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Ronald S. Goldman, Esq.
532 Times Square Building
45 Exchange Street
Rochester, NY 14614

Julie Philippi
170 Franklin St
Suite 600
Buffalo, New York 14202

United States Trustee (Western District of New York)
300 Pearl Street, Suite 401
Buffalo, New York 14202

        /s/ Brittany N. Tate
        Brittany N. Tate